## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JOHN MCDONALD, | ) |
| 2. SANDRA MCDONALD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-15-626-D |
| | ) |
| 1. STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, A Foreign For Profit | ) |
| Insurance Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, John McDonald and Sandra McDonald, and Defendant, State Farm Fire And Casualty Company,  file this Stipulation of Dismissal without Prejudice. The Plaintiffs hereby dismiss this case, in its entirety, without prejudice to the refiling thereof.

By    s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

By  s/David V. Jones
David V. Jones, OBA #19611
Benjamin G. Kemble, OBA #21006
Edward J. Batis, Jr., OBA #31923
21 E. Main Street, Suite 101
Oklahoma City, Oklahoma  74104
Telephone: 405-601-8713
Facsimile:  405-232-8330
*Attorneys for Defendant*